ADAM BENNEFIELD, 00B2792
Attica Correctional Facility
P.O. Box 149, 639 Exchange Street
Attica, New York 14011-0149

January 29, 2014

Hon. Court Clerk
U.S. District Court
P.O. Box 7367
100 S. Clinton Street
Syracuse, New York 13261-7367



RE: ADAM BENNEFIELD vs. Harold Graham, et. al.
Case Number: 9:13-cv-991
Court Order Dated August 16, 2013

Dear Sir/Madam:

On August 29, 2013, I submitted a letter to you, enclosing the in forma pauperis application, and a certification by the accounting staff here at Attica Correctional Facility (a copy of the letter w/o enclosures is enclosed).

I did not here back from this Court. During this time, I have had a lot of Court deadlines from various courts, that I have had to meet. I just would like to confirm that your office did get the moving papers. If that is not the case, please let me know, and I will try to get a new copy and submit it to the Court.

I would appreciate your time and assistance in this matter and look forward to hearing from the Court soon.

Respectfully submitted,

ADAM BENNEFIELD

enclosure
c: file

ADAM BENNEFIELD, 00B2792
Attica Correctional Facility
P.O. Box 149, 639 Exchange Street
Attica, New York 14011-0149

August 29, 2013

Hon. Court Clerk
U.S. District Court
P.O. Box 7367
100 S. Clinton Street
Syracuse, New York 13261-7367

    RE:  ADAM BENNEFIELD vs. Harold Graham, et. al.
         Case Number: 9:13-cv-991

Dear Sir/Madam:

    Per the Court order, dated August 16, 2013, enclosed you will find a completed and signed in forma pauperis application, and a certification by the accounting staff here at Attica Correctional Facility (I received this Certified statement week(s) past the time that I requested and sent out to the facility accounting department. (PLEASE NOtE: that the facilities accounting department chose to fill out one of their own forms, rather than the one I submitted to the Court. Thus I am providing the original copy, that of which I was not able to get a copy of the records due to not being allowed to go to the Law Library, here in Attica, due to retalitory acts by facility personnel and inmates working the Law Library).

    As always, and I would appreciate your time and assistance in this matter and look foward to hearing from the court with any further instructions, etc.

                                  Very truly,

                                  ADAM BENNEFIELD

enclosure
c: file w/o enclosures

